**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  11-cv-02456-REB-MJW

ORLANDO J. GUERRERO,

    Plaintiff,

v.

PATRICK R. DONAHOE, in his Official Capacity as Postmaster General of the U.S.
    POSTAL SERVICE,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal** [#21][1] filed January 18, 2012.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal** [#21] filed January 18, 2012, is **APPROVED**;

    2.  That the Trial Preparation Conference set for September 28, 2012, is **VACATED**;

    3.  That the jury trial set to commence October 22, 2012, is **VACATED**; and

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 18, 2012, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge